No. 07-13-00355-CR

| | | |
|---|---|---|
| Ronnie Mack Barnard<br>   Appellant | § | From the 54th District Court<br>   of McLennan County |
| | § | |
| v. | | April 8, 2015 |
| | § | |
| The State of Texas<br>   Appellee | § | Opinion by Justice Campbell |

## J U D G M E N T

Pursuant to the opinion of the Court dated April 8, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o